IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENETTE MARRINER, | CASE NO. CV F 00-5176 LJO |
| Plaintiff, | **ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME AND SANCTIONS MOTION** |
| vs. | (Doc. 68, 70.) |
| CALIFORNIA ARMY NATIONAL GUARD, et al., | |
| Defendants. | |

Plaintiff Venette Marriner ("Ms. Marriner") seeks on shorten time to strike defendant Secretary of the Army Louis Caldera's[1] alternative motions to dismiss and to exclude evidence of what the Army characterizes as administratively unexhausted employment discrimination claims. Ms. Marriner further seeks to impose a $4,050 sanction on the Army and/or its counsel. The parties' counsel agreed to address Ms. Marriner's ex parte application to shorten time and sanctions motion by a June 27, 2006 telephone conference with the Court. Ms. Marriner appeared by telephone by counsel Shelley G. Bryant, W.J. Smith & Associates. The Army appeared by telephone by Assistant U.S. Attorney Brian W. Enos.

Ms. Marriner contends that pursuant to the operative scheduling order and F.R.Civ.P. 16, the Army belatedly filed its alternative motions to dismiss and in limine. Ms. Marriner's counsel notes that their reliance on the March 31, 2006 motion filing deadline and ensuing press of business prevent them to adequately oppose the Army's alternative motions to dismiss and in limine based on the July 21, 2006

---

[1] For convenience, the named defendants will be collectively referred to as the "Army."

1

1 hearing date set by the Army. The Army contends that the March 31, 2006 motion filing deadline does
2 not prevent it to challenge lack of this Court's jurisdiction over claims which Ms. Marriner has not
3 administratively exhausted.

4 To address issues raised by Ms. Marriner's sanctions motion and on the basis of good cause, this
5 Court RESETS the July 21, 2006 hearing on the Army's motions to dismiss and in limine to August 1,
6 2006 at 8:30 a.m. in Department 8 (LJO). Ms. Marriner shall file and serve her opposition papers no
7 later than July 18, 2006. The Army shall file and serve its reply papers no later than July 25, 2006. This
8 Court further RESETS the July 31, 2006 pretrial conference to August 4, 2006 at 8:30 a.m. in
9 Department 8 (LJO).

10 IT IS SO ORDERED.

11 **Dated:   June 27, 2006**                              /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE