McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VENETTE MARRINER,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA ARMY NATIONAL<br>GUARD AND LOUIS CALDERA,<br>SECRETARY OF THE ARMY,<br><br>    Defendants. | 1:00-cv-05176 LJO<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

Plaintiff Venette Marriner ("plaintiff") and defendant California Army National Guard ("Army") stipulate, by and through the undersigned counsel, to the following revised case schedule as specified below and respectfully request that the Court so approve.

The parties seek to slightly extend this action's remaining pretrial deadlines and trial date as specified below.  Good cause exists in support of this stipulation.  To explain, the current litigation schedule requires the parties to file their Joint Pretrial Statement on July 28, 2006 - four days before an August 1, 2006 hearing on a pretrial Rule 12/in limine motion recently filed by the Army and one week prior to an August 4, 2006

pretrial conference.  As portions of the Joint Pretrial Statement are being prepared, many issues relating to the ultimate scope of the case and its relevant evidence remain in a state of flux until the Court rules on the Army's motion.  This makes identifying exhibits and the scope of remaining legal disputes (two necessary and substantial components of such statements) exceedingly difficult.

In addition, adhering to a July 28 filing deadline regarding the Joint Pretrial Statement would be virtually unobtainable for the Army.  Specifically, counsel for the Army will be unavailable in depositions in a high dollar eminent domain matter (in which this Court is involved) on July 19, 21, 24 and 31, 2006.  Should this case's pretrial schedule not change, the Army's reply brief regarding the above motion would also be due on July 25, 2006.  Most importantly, a death in Army counsel's family will require him to attend a memorial service off the California coast on July 26, 2006.  In light of the above as well as the Court's schedule, the parties hereby stipulate to the continuance of this action's pretrial hearing, pretrial conference and trial date as specified below.  The parties also request the Court to endorse this stipulation by way of formal order.

///

|  | Old Date | **New Date** |
|---|---|---|
| Hearing on Army's Pending Hearing | August 1, 2006 | **August 25, 2006** |
| Pretrial Conference | August 4, 2006 | **Sept. 6, 2006 @8:45 a.m. (LJO)** |

2

|  |  |  |
|---|---|---|
| Trial | Sept. 5, 2006 | **Oct. 10, 2006 @9:00 a.m. NEW DATE BECAUSE OCT. 9, 2006 IS FEDERAL HOLIDAY.** |

Dated: July 14, 2006.              July 14, 2006

                    Respectfully submitted,

William J. Smith                    McGREGOR W. SCOTT
& Associates                        United States Attorney

     (As auth. 7/14/06)
__/s/ Shelley G. Bryant_            /s/ Brian W. Enos_____
SHELLEY G. BRYANT                   BRIAN W. ENOS
Attorneys for                       Attorneys for
Plaintiff Venette Marriner          United States of America

    IT IS SO ORDERED.

**Dated:   July 17, 2006**              **/s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE

3