1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Ste. 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant Louis Caldera

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENETTE MARRINER, ) | 1:00-cv-05176 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL AND** |
| ) | **[PROPOSED] ORDER RE SAME** |
| v. ) | |
| ) | |
| CALIFORNIA ARMY NATIONAL ) | |
| GUARD AND LOUIS CALDERA, ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

**IT IS SO STIPULATED**.

Dated: December 20, 2006.                       December 20, 2006

                         Respectfully submitted,

W. J. Smith & Associates            McGREGOR W. SCOTT
                                    United States Attorney


 /s/ Shelley G. Bryant                /s/ Brian W. Enos
SHELLEY G. BRYANT                   BRIAN W. ENOS
Attorneys for                       Attorneys for
Plaintiff Venette Marriner          United States of America

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   December 22, 2006**                **/s/ Lawrence J. O'Neill**
66h44d                                         UNITED STATES MAGISTRATE JUDGE